**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Swinger Enterprise, LLC, ) | No. CV-08-00939-PHX-MHM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| United Parcel Service, Inc., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Due to a conflict in the Court's calendar and on the Court's own motion,

**IT IS ORDERED resetting** the Settlement Conference scheduled for September 4, 2008 at 2:00 p.m. to begin at 1:30 p.m. instead. **This is a time change only**.

**IT IS FURTHER ORDERED affirming** all other Orders contained within the Court's Order Setting Settlement Conference, doc. # 20, except for the start time of the Settlement Conference.

DATED this 13th day of August, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge